# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 28, 2015

### NO. 03-13-00081-CV

**Twenty First Century Holdings, Inc. d/b/a American Geothermal Systems, Inc.; Victor DeMarco; and N. West Short, Appellants**

**v.**

**Precision Geothermal Drilling, L.L.C., Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on February 1, 2013. Twenty First Century Holdings, Inc. d/b/a American Geothermal Systems, Inc., Victor DeMarco; and N. West Short have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The Court's judgment dated April 23, 2015, is withdrawn. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.